PAUL E. PETERSON AND HELEN PETERSON, STANLEY G. DALSTROM AND FERN E. DALSTROM, IRA M. HEAD AND BEATRICE A. HEAD; EVERETT L. YOUNG AND JUNE H. YOUNG, PAUL E. PRETY AND BERNICE C. PRETY, ISABELLA A. STANTON, FRANK C. BLAND AND FREIDA BLAND, JAMES A. CURRAN AND JOSEPHINE L. CURRAN, EMIL W. ZIESEMER AND ANN C. ZIESEMER, OTTO B. PRYEAR AND BERNICE B. PRYEAR, LLOYD E. HILL AND BETTY V. HILL, VERNON KROGSTAD AND FAYE KROGSTAD, LUDVIK ROSICH AND GLADYS E. ROSICH, BLANCHE E. COTE AND MATHIAS J. COTE, A. B. CHATMAN AND EDNA CHATMAN, F. C. BERGMAN AND ALLIE M. BERGMAN, LELAND E. YARBROUGH AND HELEN M. YARBROUGH, ALFRED CIPOLATO, ALFRED L. NELSON, BERNARD BOEDIGHEIMER AND CELIA BOEDIGHEIMER, MRS. KATHERINE V. BAKKEE, LUELLA A. DURALL, AGNES H. ULRICH, JOHN A. METZGER, AND ANNA T. METZGER, HOWARD P. BYLER, PLAINTIFFS AND RESPONDENTS, v. CITY OF MISSOULA, WILLIAM M. STERLING, FINANCE DIRECTOR (TREASURER), CITY OF MISSOULA, WALTON R. L. TAYLOR, CITY MANAGER, CITY OF MISSOULA, STATE BOARD OF EQUALIZATION, DEFENDANTS AND APPELLANTS.

No. 9779.
Submitted January 23, 1959.   Decided April 2, 1959.
337 Pac. (2d) 367.

Jeremy G. Thane, Missoula, for appellant.

Erwin L. Anzjon, Missoula, for respondent.

THE HONORABLE C. B. ELWELL, District Judge, sitting in place of MR. CHIEF JUSTICE HARRISON:

The above-entitled case is a companion case to Cyr v. City of Missoula, Mont., 337 Pac. (2d) 365, decided this day, and it was submitted to the district court and to the supreme court in the same manner as the other case. The only difference in the two cases is that the plaintiffs and respondents in this case paid the tax under protest and then filed their action for the return of the tax and to have it declared void.

For the same reasons stated in the case of Cyr v. City of Missoula, decided this day, the judgment of the district court is affirmed.

MR. JUSTICES BOTTOMLY, ADAIR, ANGSTMAN and CASTLES, concur.